United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-03601-HWV
Maurice Timothy Franklin  Chapter 13
Tonya Nicole Franklin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 30, 2026     Form ID: ntcnfhrg     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Maurice Timothy Franklin, Tonya Nicole Franklin, 26 Vintage Lane, Hanover, PA 17331-9464 |
| cr | + | American Honda Finance Corporation, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219 UNITED STATES 15219-4430 |
| 5767360 | + | Medstar Health Weight, Management, LLC, 1099 WInterson Road, Linthicum Heights, MD 21090-2216 |
| 5767585 | | State of Maryland, Central Collection Unit, 330 W Preston Street, First Floor, Baltimore, MD 21201 |
| 5767586 | | University of Baltimore, 1420 N Charles Street, Baltimore, MD 21201-5779 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5770152 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 30 2026 18:42:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5767350 | + | Email/Text: aargon@ebn.phinsolutions.com | Jan 30 2026 18:42:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Rd, Suite 110, Las Vegas, NV 89117-4119 |
| 5767351 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 30 2026 18:51:39 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5767352 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 30 2026 18:42:00 | American Honda Finance Corp, Attn: Bankruptcy, Po Box 168128, Irving, TX 75016-8128 |
| 5767353 | + | Email/Text: bankruptcy@credencerm.com | Jan 30 2026 18:42:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5767355 | | Email/Text: mrdiscen@discover.com | Jan 30 2026 18:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5767354 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 30 2026 18:42:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 5767356 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 30 2026 18:42:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5767357 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2026 18:42:00 | Internal Revenue Service, P.O Box 7346, Philadelphia, PA 19101-7346 |
| 5767358 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2026 18:42:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5767359 | ^ | MEBN | Jan 30 2026 18:40:51 | LoanDepot, Attn: Bankruptcy, P.O.Box 250009, Plano, TX 75025-0009 |
| 5767361 | | Email/PDF: cbp@omf.com | Jan 30 2026 18:51:26 | One Main Financial, 605 Munn Road, P.O. Box 70918, Charlotte, NC 28272-0918 |
| 5774254 | + | Email/PDF: cbp@omf.com | | |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jan 30 2026 18:51:26 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5767362 | ^ | MEBN | Jan 30 2026 18:40:50 | RentDebt Automated Collections, Attn: Bankruptcy, Po Box 1367, Goodlettsville, TN 37070-1367 |
| 5767584 | | Email/Text: ccubankruptcy.notices@maryland.gov | Jan 30 2026 18:42:00 | State of Maryland, Central Collection Unit, PO Box 17277, Baltimore, MD 21297-0386 |
| 5767363 | + | Email/PDF: cbp@omf.com | Jan 30 2026 18:51:32 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5767364 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 30 2026 18:42:00 | US Attorney's Office, 615 Chestnut Street, Philadelphia, PA 19106-4490 |
| 5767419 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 30 2026 18:51:32 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5776048 | + | Email/Text: bknotification@loandepot.com | Jan 30 2026 18:42:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |
| 5767365 | ^ | MEBN | Jan 30 2026 18:40:54 | zZounds, 8 Thornton Rd, Oakland, NJ 07436-3116 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2026         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Joseph Quinn | on behalf of Debtor 1 Maurice Timothy Franklin CourtNotices@RQPlaw.com general@RQPlaw.com |
| Joseph Quinn | on behalf of Debtor 2 Tonya Nicole Franklin CourtNotices@RQPlaw.com general@RQPlaw.com |
| Keri P Ebeck | on behalf of Creditor American Honda Finance Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

| | |
|---|---|
| <div align="center">**UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA</div> | |
| In re: | |
| Maurice Timothy Franklin,<br>dba DJ TCFlash, | Chapter 13 |
| **Debtor 1** | Case No. 1:25−bk−03601−HWV |
| Tonya Nicole Franklin, | |
| **Debtor 2** | |

<div align="center">**Notice**</div>

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 25, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: March 4, 2026<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 30, 2026 |

ntcnfhrg (08/21)