

05781-PAM-DE-040682587

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 2, 2026</u>, at <u>5:22</u> o'clock <u>PM PST</u>, <u>Maurice Franklin</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>March 2, 2026</u>          By:     <u>/s/Allison M Geving</u>

                                  Name:  <u>Allison M Geving</u>

                                  Title:  <u>President</u>