IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| MAURICE FRANKLIN & | : CASE NO. 25-03601 HWV |
| TONYA FRANKLIN, | : |
| | : |
| DEBTORS | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : |
| OF REVENUE, | : HEARING DATE & TIME |
| | : June 24, 2026 @ 9:30 a.m. |
| MOVANT, | : |
| | : |
| v. | : |
| | : |
| MAURICE FRANKLIN & | : |
| TONYA FRANKLIN, | : |
| | : |
| RESPONDENTS | : RELATED TO DOCKET NO. 26 |

## CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Dustin Foley, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on May 11, 2026 by:

**1:25-bk-03601-HWV Notice will be electronically mailed to:**

Keri P Ebeck on behalf of Creditor American Honda Finance Corporation
kebeck@metzlewis.com,
btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Matthew K. Fissel on behalf of Creditor LOANDEPOT.COM, LLC
bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Dustin Robert Foley on behalf of Creditor PA Dept of Revenue
dusfoley@pa.gov

Joseph Quinn on behalf of Debtor 1 Maurice Timothy Franklin
CourtNotices@RQPlaw.com, general@RQPlaw.com

Joseph Quinn on behalf of Debtor 2 Tonya Nicole Franklin
CourtNotices@RQPlaw.com, general@RQPlaw.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos
ecf_pahu_alt@trustee13.com

**1:25-bk-03601-HWV Notice will not be electronically mailed to:**

EXECUTED ON: May 11, 2026

By:   /s/Dustin Foley
   Dustin Foley
   Counsel
   PA Department of Revenue
   Office of Chief Counsel
   P.O. Box 281061
   Harrisburg, PA 17128-1061
   PA I.D. # 336273
   Phone: 717-787-1441
   Facsimile: 717-772-1459