UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>MAURICE TIMOTHY FRANKLIN<br>TONYA NICOLE FRANKLIN<br>Debtors<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>MAURICE TIMOTHY FRANKLIN<br>TONYA NICOLE FRANKLIN<br>Respondents | CHAPTER 13<br><br>CASE NO. 1:25-BK-03601-HWV |

**TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN**

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtors' plan for the following reason(s):

1. Failure to properly state the minimum amount to be paid to unsecured creditors in Section 1.A.4. of the Plan, as required by the Means Test.

2. Trustee avers that Debtors' Plan is not feasible based upon the following: a) Insufficient Monthly Net Income as indicated on Schedules I and J; and b) The Plan is underfunded relative to claims to be paid.

3. Debtors' Plan violates 11 U.S.C. § 1322(a)(1) and § 1325(b) in that Debtors have not submitted all or such portion of the disposable income to Trustee as required. More specifically, Trustee alleges, and therefore avers, that Debtors' disposable income is greater than that of which is committed to the Plan based upon the Means Test calculation and specifically disputes the following: a) Plan payment calculation sum of Lines 34, 35, 36 and 45; b) Debtors cannot claim vehicle expense for cars paid through the Plan; c) Debtors cannot claim Line 34 expenses for arrears paid in the Plan, and d) Debtors cannot claim Line 35 expense for taxes paid in the Plan.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtors' plan.
b. Dismiss or convert Debtors' case.
c. Provide such other relief as is equitable and just.

Dated: October 27, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JOSEPH QUINN, ESQUIRE
192 SOUTH HANOVER STREET
SUITE 101
POTTSTOWN, PA 19464-6096

Dated: October 27, 2026

/s/ Tanya Scannelli

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee